**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ILLINOIS TEAMSTERS JOINT COUNCIL #25 AND EMPLOYERS APPRENTICESHIP AND TRAINING FUND<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BULLDOG EARTH MOVERS, INC.<br><br>　　　　Defendant. | Case No.:<br><br>Judge |

## **COMPLAINT**

NOW COMES Plaintiff, Illinois Teamsters Joint Council #25 and Employers Apprenticeship and Training Fund its attorneys and for its complaint against the Defendant, Bulldog Earth Movers, Inc., alleges as follows:

1.　This action arises under the laws of the United States and is brought pursuant to Section 502 of the Employee Retirement Income Security Act of 1974 (hereinafter referred to as "ERISA"), 29 U.S.C. §1132 and Section 301 of the Labor-Management Relations Act of 1947, 29 U.S.C. §185.

2.　Plaintiff, Illinois Teamsters Joint Council #25 and Employers Apprenticeship and Training Fund is an "employee welfare benefit plan" and "employee benefit plan" within the meaning of ERISA, 29 U.S.C. §1002(1) and (3). Plaintiff provides training programs for individuals who are employed in the trucking and construction industries.

3.　The Plaintiff has been established pursuant to a Trust Agreement entered into by

Teamsters Joint Council 25 and various employers. The Plaintiff is administered within this District.

4. The Defendant, Bulldog Earth Movers, Inc., is a corporation organized and existing under the laws of the State of Illinois with a mailing address of P.O. Box 6401, Bloomingdale, Illinois, 60108. Defendant is an "employer" within the meaning of ERISA, 29 U.S.C. §1002(5). At all times relevant hereto, Defendant has been engaged in the construction business within the jurisdiction of this Court.

5. At all times involved herein, the Defendant has been party to a master collective bargaining agreement with Teamsters Local 330 known as the Area Wide Construction Agreement (hereinafter referred to as "Agreement"). The Agreement sets forth the wages, benefits and working conditions applicable to Defendant's bargaining unit employees. A copy of the Agreement is attached to this Complaint as Exhibit 1.

6. Article 8, Section 8.1 of the Agreement obligates Defendant to make monthly contributions to the Plaintiff for each hour worked by a bargaining unit employee. The rate of the contributions has increased over the years from $.05 per hour to $.15 per hour.

7. From June 2005 through August 2012, the Defendant failed to make contributions to Plaintiff as required by Article 8, Section 8.1 of the Agreement. During this period was obligated to make contributions to the Plaintiff totaling $3,732.38.

8. Since August 2012 Defendant has made no contributions to the Plaintiff. On information and belief Plaintiff maintains that Defendant had bargaining unit employees working for it during this period for whom contributions are due.

9. The Plaintiff has made demand for payment of the unpaid contributions.

10. Defendant has wrongfully, and without justification, failed and refused to pay the amounts owed.

WHEREFORE, Plaintiff, Illinois Teamsters/Employers Apprentice and Training Fund, prays as follows:

1. That judgment be entered its favor of Plaintiff and against Bulldog Earth Movers, Inc. for the period June 1, 2005 through August 2012 in the amount of $4,814.76 which represents the total of the following amounts:

    a. $3,732.38 in unpaid fringe benefit contributions;

    b. $746.48 in liquidated damages as provided by Section 502(g)(2) of ERISA, 29 U.S.C. §1132(g);

    c. $335.91 in interest.

2. That Defendant be ordered to allow Plaintiff to conduct an audit of Defendant's books and records for the period September 1, 2012 through the present;

3. That Defendant be ordered to pay all amounts found due in the audit as well as liquidated damages, interest and audit costs;

4. That the Plaintiff be awarded its costs, including reasonable attorney's fees, as provided in Section 502(g)(2) of ERISA.

5. For such further relief as the Court may deem appropriate.

        Illinois Teamsters Joint Council #25 and
        Employers Apprenticeship and Training Fund

        BY:    s/ Roger N. Gold
                 Roger N. Gold

           s/ Catherine M. Chapman
              Catherine M. Chapman

           s/ Patrick N. Ryan
              Patrick N. Ryan

Roger N. Gold, Esq.
Law Offices of Roger N. Gold, Ltd.
One South Dearborn Street, Suite 2100
Chicago, IL 60603
Telephone: (312) 212-4203
Telefax: (312) 236-0241

Catherine M. Chapman, Esq.
Patrick N.Ryan, Esq.
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 2200
Chicago, IL 60606