IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS TEAMSTERS JOINT COUNCIL #25 AND EMPLOYERS APPRENTICESHIP AND TRAINING FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 13 C 6551 |
| BULLDOG EARTH MOVERS, INC., | ) ) | JUDGE ROBERT W. GETTLEMAN |
| Defendant. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND
FOR AN ORDER DIRECTING AN AUDIT**

NOW COMES Plaintiff, by its attorneys, and move for entry of default and for an order directing an audit of the payroll books and records of BULLDOG EARTH MOVERS, INC., Defendant herein, said Defendant having failed to answer or otherwise plead to the Complaint and an audit being necessary to liquidate Plaintiff's claims.

On September 13, 2013, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to his receptionist, Leticia Rodriguez) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on October 4, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default.

/s/   Catherine M. Chapman

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>22nd</u> day of <u>October 2013</u>:

      Mr. Anthony C. Campanale, Registered Agent
      Bulldog Earth Movers, Inc.
      Anthony C. Campanale & Associates
      19 S. LaSalle Street, Suite 1500
      Chicago, IL 60603-1413

      /s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiff
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\25A - ITJC\motion.cmc.df.wpd